# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| **Juan Avery Patterson,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:15-cv-00097-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **Western District of NC,** | ) | |
| Respondent. | ) | |

 DECISION BY COURT. This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 26, 2015 Order.

May 26, 2015

*Frank G. John*

Frank G. Johns, Clerk
United States District Court